JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AARON DEWOODY,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINION ENTERPRISES, and DOES 1 through 25,<br><br>    Defendant. | Case No. SACV 09-00819 AG (RNBx)<br><br>Hon. Andrew J. Guilford<br>Courtroom: 10-D<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(Complaint Filed: June 1, 2009) |

Pursuant to the parties' Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice forthwith.

**IT IS SO ORDERED.**

Dated: February 02, 2010

_____
The Honorable Andrew J. Guilford
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. SACV 09-00819 AG (RNBx)

LA1 6926163.1 / 54713-000008